# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ALONZO HOYE**                                                                                     **PLAINTIFF**

**V.**                                                                                  **NO. 4:10CV124-A-A**

**KEVIN MORROW, et al.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B(i). Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 3rd day of December, 2010.

                                                                                            **/s/ Sharion Aycock**
                                                                                            **U.S. DISTRICT JUDGE**